IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2127-JLK**

**THE COMPLETE GARAGE, LLC,**

    Plaintiff/Counterclaim Defendant,

v.

**BO ARVIDSON**

    Defendant/Counterclaimant.

**and**
**TROY FORD,**

    Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    Plaintiff's Motion for Leave to Serve and File Amended Complaint (doc. #11), filed February 26, 2008, is GRANTED. The Amended Complaint is accepted as filed.

---

Dated: February 26, 2008