IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2127-JLK**

**THE COMPLETE GARAGE, LLC,**

    Plaintiff,

v.

**BO ARVIDSON and TROY FORD,**

    Defendants.

---

**ORDER OF DISMISSAL**

---

Kane, J.

In light of the Stipulation for Mutual Dismissal With Prejudice, (doc. #15), filed July 1, 2008, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs.

Dated this 1st day of July, 2008.

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT